**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.   1:19cv551 LG-RHW |
| | ) | |
| v. | ) | |
| | ) | |
| **4.373 ACRES, MORE OR LESS,** | ) | |
| **LOCATED IN HANCOCK COUNTY,** | ) | |
| **STATE OF MISSISSIPPI; MICHAEL** | ) | |
| **CARMICHAEL A/K/A MICHAEL** | ) | |
| **CARMICHEL; DONNA CARMICHAEL** | ) | |
| **A/K/A DONNA CARMICHEL;** | ) | |
| **CECILIA FOWLER KENNEDY A/K/A** | ) | |
| **GYPSY FOWLER KENNEDY; JOY** | ) | |
| **FOWLER HANO; UNKNOWN HEIRS** | ) | |
| **HEIRS AND/OR DEVISEES OF** | ) | |
| **KERRY BRYAN FOWLER;** | ) | |
| **HANCOCK COUNTY, MISSISSIPPI** | ) | |
| **JIMMIE LADNER, JR.,** | ) | |
| **TAX ASSESSOR; ET AL.** | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT IN CONDEMNATION WITH DECLARATION OF TAKING

1. This is a civil action brought by the United States of America at the request of the Secretary of the Navy through the Deputy Assistant Secretary for Energy, Installations and Environment, for the taking of property under the power of eminent domain through a Declaration of Taking and for the determination and award of just compensation to the owners and parties in interest.

2. This Court has jurisdiction over all relevant matters in the case as provided by 28 U.S.C. § 1358.

3.  The authority for the acquisition of the estate in property taken is set forth in Schedule "A," attached hereto and made a part hereof.

4. The public purpose for which the property is taken is set forth in Schedule "B," attached hereto and made a part hereof.

5.  A legal description of the land and interests being taken are set forth in Schedule "C," attached hereto and made a part hereof.

6.  The plat showing the land taken is set forth in Schedule "D," attached hereto and made a part hereof.

7.  The estate taken in the property is set forth in Schedule "E," attached hereto and made a part hereof.

8. The amount estimated to be just compensation for the taking is set forth in Schedule "F," attached hereto and made a part hereof.

9. The persons who may have or claim a purported interest in the property and whose names are known are listed in Schedule "G," attached hereto and made a part hereof.

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained, and such other relief as may be lawful and proper.

DATED:  August 29, 2019

D. Michael Hurst, Jr.

United States Attorney

By:      Emily S. Nobile
Assistant United States Attorney
1575 20th Avenue
Gulfport, Mississippi 39501
emily.nobile@usdoj.gov
 (228) 563-1560
Mississippi Bar No. 101475

2

By:   <u>/s/ Bhavna Changrani</u>
     Trial Attorney
     U.S. Department of Justice
     Environment and Natural Resources Division
     Land Acquisition Section
     P.O. Box 7611, Ben Franklin Station
     Washington, DC 20044-7611
     Telephone:      (202) 305-0304
     Facsimile:      (202) 353-7763
     Email:          bhavna.changrani@usdoj.gov

     Attorneys for Plaintiff United States of America

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

1:19-cv-551-LG-RHW

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | 4.373 Acres of Land, more or less, Located in Hancock County, Mississippi; Carmichael, et al. |

| **(b)** County of Residence of First Listed Plaintiff _____ | County of Residence of First Listed Defendant   Hancock County |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)**  Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Bhavna Changrani, U.S. Department of Justice, Environmental Natural Resources Division, P.O. Box 7611-Ben Franklin Station, Washington, DC 20044. Phone: 202-305-0304 Email: bhavna.changrani@usdoj.gov | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government Plaintiff

☐ 2   U.S. Government Defendant

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1358

Brief description of cause:
Eminent domain

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint: |
|---|---|---|---|
| | | | JURY DEMAND:   ☐ Yes   ☒ No |

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 08/29/2019 | /s/ Bhavna Changrani |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## SCHEDULE A

## AUTHORITY FOR TAKING

This taking is filed pursuant to 40 U.S.C. § 3113; 40 U.S.C. § 3114; 10 U.S.C. § 2663(a)(1)(A); the National Defense Authorization Act for Fiscal Year 2015, P.L. 113-291 §§ 2201 and 4601 at 128 Stat. 3794, which authorized Military Construction Project 240, allowing for the acquisition of land; the Consolidated and Further Continuing Appropriations Act, 2015 P.L. 113-235, which appropriated funds.

The authority granted to the Secretary of the Navy in 10 U.S.C. § 2663(a)(1)(A) was delegated to the Assistant Secretary of the Navy (Energy, Installations, and Environment) (ASN (EI&E)) in SECNAVINST 5430.7R, dated 3 January 2017. This authority was further delegated from ASN (EI&E) to the Deputy Assistant Secretary of the Navy (Installations and Facilities) (DASN (I&F)) in an ASN (EI&E) memo, dated 27 March 2017.

## **SCHEDULE B**

## **PUBLIC PURPOSE**

The lands described in Schedule C are taken for the public purpose of national defense and military use by the United States as authorized by law, including, but not limited to, incorporation into the Western Maneuver Area, which is used for ground combat training by the Naval Special Warfare Command.

## SCHEDULE C

## LEGAL DESCRIPTION OF PROPERTY

A parcel of land depicted as Parcel 25A on Schedule D, situated in Section 30, (John Shave Claim) and Section 31, (Michael O'Conner Claim), Township 7 South, Range 16 West, Hancock County, Mississippi, and being more particularly described as follows:

## PARCEL 25A

COMMENCING at a concrete monument found with disk at the northwest corner of said Section 30, Township 7 South, Range 16 West, Hancock County, Mississippi, said monument having the following state plane coordinates (MS EAST zone, NAD83 in feet): Northing 334779.34, Easting 727585.01; thence along the west line of said Section 30 and the west line of Section 31, S01°16'45"W  3379.29' to the south line of property of Bond and others as per deed book 2006 on page 15146, also being the north line of property of the Department of the Navy as per deed book 2006 on page 28847; thence along said line, N85°30'48"E 2797.48' to a concrete monument found at the northeast corner of said property of the Department of the Navy, said point being the POINT OF BEGINNING, and having the following state plane coordinates (MS East zone, nad83 in feet): Northing 331619.73, Easting 730298.47; thence along the south line of said property of Bond and others, N88°02'07"E  629.57' to the southwest corner of Corinth Cemetery; thence along the south line of Corinth Cemetery, East 131.17'  to a pine tree having a 15" diameter; thence S15°04'04"E 5.00' to an iron pipe with disk set on offset; thence S15°04'04"E  55.05' to an iron pipe with disk set; thence S89°05'23"E  77.42' to an iron pipe with disk set on the west right-of-way of Mississippi Highway 607 as per State Aid Project SP-43-6(2), said right-of-way being 130 feet wide; thence along a curve of said west right-of-way of Mississippi Highway 607 to the left, having a radius of 1554.91', an arc length of 198.13' and a chord bearing and distance of S24°21'34"E  198.00' to a 1/2" rebar set at the northeast corner of property of the United States of America as per deed book

### SCHEDULE C

2007 on page 21729; thence along the north line of said property of the United States of America, S89°27'50"W  818.49' to a 1/2" rebar set on the east line of property of Jean W. Kellar as per deed book 2014 on page 1022, said point being the northwest corner of said property of the United States of America; thence along the east line of said property of Jean W. Kellar and the east line of aforesaid property of the Department of the Navy, N27°19'32"W  254.00' to the POINT OF BEGINNING, containing  190,497.24  square feet or 4.373 acres.  Herein described bearings are based on state plane grid north.  Herein described property being a portion of that property described in deed book BB277 on page 772 of the land records of Hancock County, Mississippi, and being designated as part of county parcel number 089-0-30-009.000.

Recognizing inconsistencies may exist between the above legal descriptions, the United States of America's intent is to accurately describe and acquire all of county parcel number 089-0-30-009.000, except for the northeastern corner, depicted as Parcel 25B on Schedule D, and being more particularly described as follows:

### PARCEL 25B (excepted from taking)

COMMENCING at a concrete monument found with disk at the northwest corner of said Section 30, Township 7 South, Range 16 West, Hancock County, Mississippi, said monument having the following state plane coordinates (MS EAST zone, NAD83 in feet): Northing  334779.34, Easting 727585.01; thence along the west line of said Section 30 and the west line of Section 31, S01°16'45"W 3379.29' to the south line of property of Bond and others as per deed book 2006 on page 15146, also being the north line of property of the Department of the Navy as per deed book 2006 on page 28847; thence along said line, N85°30'48"E 2797.48' to a concrete monument found at the northeast corner of said property of the Department of the Navy; thence along the south line of said property of Bond and others, N88°02'07"E  629.57' to the southwest corner of

## SCHEDULE C

Corinth Cemetery; thence along the south line of Corinth Cemetery, East 131.17' to the POINT

OF BEGINNING, being a pine tree with a 15" diameter and having the following state plane

coordinates (MS East zone, NAD83 in feet): Northing 331641.31, Easting 731058.84; thence

further along the south line of Corinth Cemetery, East 90.33' to the southeast corner of an old

concrete fence at the southeast corner of Corinth Cemetery, lying on the west right-of-way of

Mississippi Highway 607 as per State Aid Project SP-43-6(2) plans; thence along the west right-

of-way of Mississippi Highway 607, S09°24'35"W  36.32' to a concrete right-of-way marker

found; thence along a curve of said west right-of-way of Mississippi Highway 607 to the left,

having a radius of 1554.91', an arc length of 24.92' and a chord bearing and distance of

S20°14'59"E  24.92' to an iron pipe with disk set; thence N89°05'23"W  77.42' to an iron pipe

with disk set; thence N15°04'04"W  55.05' to an iron pipe with disk set on offset; thence

N15°04'04"W  5.00' to the POINT OF BEGINNING, containing 4,684.09 square feet or 0.108

acres. Herein described bearings are based on state plane grid north. Herein described property

being a portion of that property described in deed book BB277 on page 772 of the land records

of Hancock County, Mississippi, and being designated as part of county parcel number 089-0-

30-009.000.





SCHEDULE D

N62604-RR
PARCEL 25

Parcel 25A
Parcel25B
P-240
Navy Owned
NASA Owned Land

N
W E
S

PREPARED BY:
NAVFAC
Date: 8/21/2018
Naval Facilities Engineering Command Southeast
Asset Utilization Branch, AM1
Contact: SE CMP Center (904) 542-6639

**FOR OFFICIAL USE ONLY**

*This map and data contained herein is For Official Use Only. All data shown is considered Unclassified Sensitive upon Aggregation. Reproduction, distribution, publication, or exhibition of this data is strictly prohibited without the written consent of the Commander Navy Region Southeast Cadastral Group. Navy Region Southeast Cadastral Group does not attest to or guarantee the currency and/or validity of the data contained in this map, nor does it attest to any spatial accuracy. This map is for planning purposes only.*

User Name: devin.hannon

V:\AM1 C\- MS\N62604 - CBC Gulfport\RR - Riverine Range\Projects\P240_10242017\MXD\Parcel_25.mxd

SCHEDULE D

PARCEL 25A

| MON. # | Northing | Easting | Description |
|---|---|---|---|
| 10 | 331605.49 | 731143.23 | 6" SQUARE CONCRETE RIGHT-OF-WAY MONUMENT FOUND, BROKEN OFF AT 4" BELOW GRADE, POOR CONDITION |
| 430 | 330874.48 | 730683.54 | 5" SQ. CMF WITH DISK "CORPS OF ENGINEERS - U.S. ARMY, 31 30, YEAR 1963", TOP AT GRADE, GOOD CONDITION |
| 614 | 331619.73 | 730298.47 | 5" SQUARE CONCRETE MONUMENT FOUND, 14" ABOVE GRADE, GOOD CONDITION |
| 4028 | 331641.31 | 730927.67 | NAVY MONUMENT SET, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 4029 | 331401.73 | 731233.52 | 1/2" REBAR SET WITH CAP, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 4030 | 331394.07 | 730415.07 | 1/2" REBAR SET WITH CAP, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 4031 | 331623.06 | 730395.47 | 1/2" REBAR SET WITH CAP, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 4032 | 331438.83 | 730391.94 | 1/2" REBAR SET WITH CAP, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 4042 | 331583.33 | 731074.45 | NAVY MONUMENT SET, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 4043 | 331582.10 | 731151.86 | NAVY MONUMENT SET, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 4074 | 331400.89 | 727509.56 | 1/2" REBAR SET WITH CAP, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 4516 | 331636.487 | 731060.138 | NAVY MONUMENT- WITNESS CORNER SET, 5' OFFSET, TREE AT CORNER, SEE MONUMENTS SET NOTE TO THE RIGHT |
| 8028 | 334779.34 | 727585.01 | 5" SQ. CMF WITH DISK "DUNGAN ENGINEERING PA, #2006, PLS-2650, 2007", 6" ABOVE GRADE, GOOD CONDITION |

MONUMENTS SET BY CLIFFORD A. CROSBY, PLS

NAVY MONUMENT SET (TYPICAL):

30" FLARED END X 2.25" OUTSIDE DIAMETER WITH 3.25" BRASS DISK STAMPED "DEPT. OF NAVY BOUNDARY, CROSBY PLS 2539, SET IN 2015, NAVFACENGCOM SE"; 5 FEET +/- TALL T-POST SET BESIDE AS GUARD POST, DISK SET AT EXISTING GRADE LEVEL

1/2" REBAR SET(TYPICAL):

1/2" X 18" REBAR WITH RED PLASTIC CAP STAMPED "CROSBY PLS 2539"; TOP SET AT EXISTING GRADE LEVEL

RECORDED EASEMENTS PROVIDED WITH ABSTRACTOR'S REPORT:

NO RECORDED EASEMENTS AS PER SCHEDULE B SECTION II OF THE TITLE COMMITMENT APPLICABLE TO SURVEY

DEED REFERENCES ON PLAT:

(R1) - BOOK BB277, PAGES 770-807
(R2) - BOOK X5, PAGE 308
(R3) - BOOK F-4, PAGE 365

## SURVEY DESCRIPTION FOR PARCEL 25A:

A parcel of land situated in Section 30, (John Shave Claim) and Section 31, (Michael O'Conner Claim), Township 7 South, Range 16 West, Hancock County, Mississippi, and being more particularly described as follows:

COMMENCING at a concrete monument found with disk at the northwest corner of said Section 30, Township 7 South, Range 16 West, Hancock County, Mississippi, said monument having the following state plane coordinates (MS EAST zone, NAD83 in feet): Northing 334779.34, Easting 727585.01; thence along the west line of said Section 30 and the west line of Section 31, S01°16'45"W 3379.29' to the south line of property of Bond and others as per deed book 2006 on page 15146, also being the north line of property of the Department of the Navy as per deed book 2006 on page 28847; thence along said line, N85°30'48"E 2797.48' to a concrete monument found at the northeast corner of said property of the Department of the Navy, said point being the POINT OF BEGINNING, and having the following state plane coordinates (MS East zone, nad83 in feet): Northing 331619.73, Easting 730298.47; thence along the south line of said property of Bond and others, N88°02'07"E 629.57' to the southwest corner of Corinth Cemetery; thence along the south line of Corinth Cemetery, East 131.17' to a pine tree having a 15" diameter; thence S15°04'04"E 5.00' to an iron pipe with disk set on offset; thence S15°04'04"E 55.05' to an iron pipe with disk set; thence S89°05'23"E 77.42' to an iron pipe with disk set on the west right-of-way of Mississippi Highway 607 as per State Aid Project SP-43-6(2), said right-of-way being 130 feet wide; thence along a curve of said west right-of-way of Mississippi Highway 607 to the left, having a radius of 1554.91', an arc length of 198.13' and a chord bearing and distance of S24°21'34"E 198.00' to a 1/2" rebar set at the northeast corner of property of the United States of America as per deed book 2007 on page 21729; thence along the north line of said property of the United States of America, S89°27'50"W 818.49' to a 1/2" rebar set on the east line of property of Jean W. Kellar as per deed book 2014 on page 1022, said point being the northwest corner of said property of the United States of America; thence along the east line of said property of Jean W. Kellar and the east line of aforesaid property of the Department of the Navy, N27°19'32"W 254.00' to the POINT OF BEGINNING, containing 190,497.24 square feet or 4.373 acres. Herein described bearings are based on state plane grid north. Herein described property being a portion of that property described in deed book BB277 on page 772 of the land records of Hancock County, Mississippi, and being designated as part of county parcel number 089-0-30-009.000.

## SURVEY DESCRIPTION FOR PARCEL 25B:

A parcel of land situated in Section 30 (John Shave Claim), Township 7 South, Range 16 West, Hancock County, Mississippi, and being more particularly described as follows:

COMMENCING at a concrete monument found with disk at the northwest corner of said Section 30, Township 7 South, Range 16 West, Hancock County, Mississippi, said monument having the following state plane coordinates (MS EAST zone, NAD83 in feet): Northing 334779.34, Easting 727585.01; thence along the west line of said Section 30 and the west line of Section 31, S01°16'45"W 3379.29' to the south line of property of Bond and others as per deed book 2006 on page 15146, also being the north line of property of the Department of the Navy as per deed book 2006 on page 28847; thence along said line, N85°30'48"E 2797.48' to a concrete monument found at the northeast corner of said property of the Department of the Navy; thence along the south line of said property of Bond and others, N88°02'07"E 629.57' to the southwest corner of Corinth Cemetery; thence along the south line of Corinth Cemetery, East 131.17' to the POINT OF BEGINNING, being a pine tree with a 15" diameter and having the following state plane coordinates (MS East zone, NAD83 in feet): Northing 331641.31, Easting 731058.84; thence further along the south line of Corinth Cemetery, East 90.33' to the southeast corner of an old concrete fence at the southeast corner of Corinth Cemetery, lying on the west right-of-way of Mississippi Highway 607 as per State Aid Project SP-43-6(2) plans; thence along the west right-of-way of Mississippi Highway 607, S09°24'35"W 36.32' to a concrete right-of-way marker found; thence along a curve of said west right-of-way of Mississippi Highway 607 to the left, having a radius of 1554.91', an arc length of 24.92' and a chord bearing and distance of S20°14'59"E 24.92' to an iron pipe with disk set; thence N89°05'23"W 77.42' to an iron pipe with disk set; thence N15°04'04"W 55.05' to an iron pipe with disk set on offset; thence N15°04'04"W 5.00' to the POINT OF BEGINNING, containing 4,684.09 square feet or 0.108 acres. Herein described bearings are based on state plane grid north. Herein described property being a portion of that property described in deed book BB277 on page 772 of the land records of Hancock County, Mississippi, and being designated as part of county parcel number 089-0-30-009.000.

GENERAL NOTES:

1.) ALL BEARINGS, COORDINATES AND DISTANCES SHOWN ON THIS PLAT ARE GRID AND ARE BASED ON THE MISSISSIPPI NAD 83 EAST ZONE STATE PLANE COORDINATE SYSTEM AND ARE DERIVED FROM GLOBAL POSITIONING SYSTEM OBSERVATIONS, UTILIZING THE EARL DUDLEY RTK NETWORK.

2.) ALL DISTANCES SHOWN ON THIS PLAT ARE GRID U.S. SURVEY FEET

3.) THIS SURVEY MEETS THE RELATIVE POSITIONAL ACCURACY OF 95% CONFIDENCE LEVEL UTILIZING GPS RTK NETWORKING. THE RELATIVE POSITIONAL ACCURACY FOR EACH POINT WAS FOUND TO MEET ALTA STANDARDS BY BEING BETTER THAN 0.07' + 50 PARTS PER MILLION.

4.) THE 2004 FIELD SURVEY WAS DONE WITH TRIMBLE GPS RECEIVER AND BASED ON NOAA MONUMENT M366 WHICH LIES ON THE EAST SIDE OF THE CONCRETE FENCE ALONG CORINTH CEMETERY. GPS OBSERVED COORDINATES UTILIZING THE EARL DUDLEY RTK NETWORK ARE NORTH 332070.61 AND EAST 731014.33.

5.) ALL NEW MONUMENTS WERE SET UTILIZING A TOPCON GR5 GPS RECEIVER ON THE EARL DUDLEY RTK NETWORK

6.) GRID TO GROUND SCALE FACTOR = 1.00002547; CONVERGENCE ANGLE = -0°24'44"; BOTH AT THE NORTHWEST CORNER OF SECTION 30, TOWNSHIP 7 SOUTH, RANGE 16 WEST, NORTHING 334779.34, EASTING 727585.01

7.) THIS IS A CLASS "B" SURVEY

8.) CD PROVIDED TO NAVFAC SE WITH PHOTOGRAPHS OF ALL MONUMENTS FOUND OR SET

9.) THIS SURVEY AND PLAT IS NOT VALID WITHOUT ORIGINAL SIGNATURE AND RAISED SEAL.

10.) THIS SURVEY MAP IS ACCOMPANIED BY A SURVEY REPORT AND THE SURVEY IS A PART THEREOF AND NOT COMPLETE WITHOUT IT.

11.) MAP CLOSURE:
PARCEL 25A- 1' IN 256,619.7'
PARCEL 25B- 1' IN 49,929.4'

12.) PERIMETERS OF SURFACE MINING OR SURFACE MINED AREAS SHOWN ARE APPROXIMATE DUE TO VEGETATION GROWTH AROUND BORDERS

REFERENCE MATERIAL:

DEEDS, FROM PUBLIC RECORDS OF HANCOCK COUNTY, MISSISSIPPI: BB137, PAGES 352-353; BB17, PAGES 483-484; BB117, PAGES 289-295; E7, PAGES 277-278; 2009, PAGE 12649; BB43, PAGE 543; BB117, PAGE 281; BB122, PAGE 211; I-6, PAGE 581; 2006, PAGE 15146; BB16, PAGE 104; BB116, PAGE 486; 2014, PAGE 1022; BB277, PAGES 770-807; BOOK X5, PAGE 308; BOOK F-4, PAGE 365

CHICAGO TITLE INSURANCE COMPANY TITLE NO. 48387 DATED OCTOBER, 2014, BY TITLE OFFICER- PAGE, MANNINO, PERESICH & MCDERMOTT, P.L.L.C.

ABSTRACTOR'S REPORT WITH SUPPORTING RECORDED INSTRUMENTS PROVIDED BY NAVFAC SE

SURVEY BY CLIFFORD A. CROSBY, PLS NO. 2539 IN 2004

STATE AID PROJECT STP-1126(1)B RIGHT OF WAY

STATE AID PROJECT SP-43-6(2) PLANS

STATE AID PROJECT MDA-1125-00(003)

SURVEY OF U.S.A. PROPERTY BY DUNGAN ENGINEERING, DONE IN 2007

GOOGLE EARTH PRO ONLINE MAPPING, DIGITAL QUADRANGLE MAPS

HANCOCK COUNTY TAX AND OWNERSHIP MAPS, HANCOCK COUNTY GIS INTERACTIVE MAP, AERIAL PHOTOS,

RECORD GOVERNMENT LAND OFFICE SURVEY TOWNSHIP PLATS DATED 1830'S

DATE OF FIELD SURVEY:

OCTOBER 2014 THROUGH SEPTEMBER 30, 2015

SWORN CHAIN CARRIERS

DILLON MCBRIDE, CHANCE CAMPBELL, TYLER MOORE, JORDAN ROBERTS AND PRESTON EMMONS

CROSBY SURVEYING
PROFESSIONAL LAND SURVEYING
716 LIVE OAK DRIVE
BILOXI, MISSISSIPPI 39532
PHONE: 228-234-1649
EMAIL: cliffordcrosby@cableone.net

SURVEYOR'S CERTIFICATE:

THIS IS TO CERTIFY THAT THIS MAP OR PLAT AND THE SURVEY ON WHICH IT IS BASED WERE MADE IN ACCORDANCE WITH THE MINIMUM LAND SURVEYING REQUIREMENTS FOR THE STATE OF MISSISSIPPI AND THAT ALL MEASUREMENTS AND DATA SHOWN HEREON ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

CLIFFORD A. CROSBY, MS PLS NO. 2539

SEPTEMBER 30, 2015
DATE FIELD WORK COMPLETED

NOTE:
THIS SURVEY AND PLAT IS NOT VALID WITHOUT ORIGINAL SIGNATURE AND RAISED SEAL.

PARCEL 23B
COUNTY ID: 089-0-31-001.000
OWNER- BOND AND OTHERS
PART OF PARCEL 2 OF DEED BOOK 2006, PAGE 15146
TITLE NO. 48386
PARCEL 23C
COUNTY ID: 089-0-30-007.000
OWNER- BOND AND OTHERS
PART OF PARCEL 2 OF DEED BOOK 2006, PAGE 15146
TITLE NO. 48386
PARCEL 25A
PART OF COUNTY ID: 089-0-30-009.000
OWNER- KENNEDY AND OTHERS
DEED BOOK BB277, PAGES 770-807
TITLE NO. 48387
190,497.24 SQ.FT.
4.373 ACRES
PARCEL 25B
PART OF COUNTY ID: 089-0-30-009.000
OWNER- KENNEDY AND OTHERS
DEED BOOK BB277, PAGES 770-807
TITLE NO. 48387
4,684.09 SQ.FT.
0.108 ACRES
PARCEL 27
COUNTY ID: 089-0-30-010.000
OWNER- KELLAR, JEAN W.
DEED BOOK 2014, PAGE 1022
TITLE NO. 48388
82,116.93 SQ.FT.
1.885 ACRES
MON. FOUND #8028
POINT OF COMMENCEMENT,
CONCRETE MONUMENT FOUND AT THE NW CORNER OF SECTION 30 (JOHN SHAVE CLAIM)
LAT: 30°25'04.9"N
LONG: 89°38'51.4"W
MON. FOUND #614
P.O.B. FOR PARCEL 25A;
CONCRETE MONUMENT FOUND
LAT: 30°24'33.8"N
LONG: 89°38'20.1"W
MON. FOUND #430
CONCRETE MONUMENT FOUND
US CORP OF ENG., 1964
LAT: 30°24'26.5"N
LONG: 89°38'15.7"W
RANGE 17 WEST
RANGE 16 WEST
(C) S 01°16'45" W 3379.29'
(C) N 85°30'48" E 2797.48'
1/2" IRS #4074
(C) N 88°02'07" E 97.05'
(C) N 01°05'45" E 1779.33'
SECTION 31
SECTION 30
1/2" IRS #4031
1/2" IRS #4032
(C) N 88°02'07" E 629.57'
BASE-BEARING REFERENCE LINE
(C) S 88°02'07" W 532.51'
OVERALL (R2) EAST 874'
MON. SET #4028
(R3) WEST 221.5'
(C) EAST 221.50'
131.17'
90.33'
(C) N 15°04'04" W 60.05'
(C) N 89°05'23" W 77.42'
MON. SET #4042
MON. SET #4516, 5' OFFSET
MON. SET #4043
(M) S 09°24'35" W 36.32'
CHD=S 20°14'59" E
CHD=24.92'
L= 24.92'
RAD=1554.91'
(R1)(R2) S 28°30' E 254'
1/2" IRS #4029
(C) S 89°27'50" W 818.49'
(R1)(R2) WEST 874'
1/2" IRS #4030
P.O.B., (R1)(R2)
(R2) N 28°30' W 254'
(C) N 27°19'32" W 254.00'
203.63'
(C) S 27°19'32" E 635.23'
NOTE: DESCRIPTION FOR THIS PARCEL IN DEED BOOK BB277 ON PAGE 772 HAS SEVERAL MISSING CALLS
NO BUILDINGS OR FIXED IMPROVEMENTS LOCATED ON THIS PARCEL
POSSIBLE GRAVE SITE AS PER GPR SURVEY
P.O.B. FOR PARCEL 25B
CORINTH CEMETERY
OLD CONCRETE WALL
RIGHT-OF-WAY LINE PER STATE AID PROJECT SP-43-6(2) PLANS
98.5'
130'
SECTION 31 (MICHAEL O'CONNER CLAIM), TOWNSHIP 7 SOUTH, RANGE 16 WEST
DEPARTMENT OF THE NAVY
DEED BOOK 2006, PAGE 28847
SECTION 30 (JOHN SHAVE CLAIM), TOWNSHIP 7 SOUTH, RANGE 16 WEST
NO BUILDINGS LOCATED ON THIS PARCEL
UNITED STATES OF AMERICA
COUNTY ID: 089-0-30-011.000
DEED BOOK 2007, PAGE 21729
UNITED STATES OF AMERICA
BOOK U-5, PAGE 170
STATE HIGHWAY 607
FORMERLY HIGHWAY 90 AND HIGHWAY 43
RIGHT-OF-WAY WIDTH VARIES
130' R.O.W.
GRID NORTH
100 0 50 100 200 400
DETAIL
15" DIA. PINE TREE AT PROPERTY CORNER
PRIVATE CEMETERY SURROUNDED BY CHAIN LINK FENCE LINE
12" WIDE X 36" TALL CONCRETE WALL OR FENCE
SOUTHWEST CORNER OF CONCRETE WALL IS 1.0' NORTH OF PROPERTY LINE
STATE AID PROJECT SP-43-6(2) PLANS SHOW IRREGULAR RIGHT-OF-WAY, SOUTHEAST CORNER OF CEMETERY IS ON RIGHT-OF-WAY LINE
SOUTHEAST CORNER OF CONCRETE WALL USED AS PROPERTY CORNER
MON. FOUND #10 CONCRETE RIGHT-OF-WAY MARKER
(M) N 09°24'13" E 36.32'
98.8' R.O.W.
130.0' R.O.W.
(C) N 20°14'23" W 24.92'
108.15'
1.0'
(C)60.05'
(C)55.05'
MON. SET #4028
MON. SET #4516 5' OFFSET
MON. SET #4042
MON. SET #4043
23C
25A
25B
LEGEND:
IRON ROD FOUND
IRON PIPE FOUND
1/2" REBAR WITH RED PLASTIC CAP STAMPED "CROSBY PLS 2539", TOP SET TO GROUND LEVEL
SPIKE OR MAG NAIL FOUND
SPIKE OR MAG NAIL SET
CONCRETE MONUMENT FOUND
NAVY MONUMENT SET, DISK ON 1-1/2" X 32" STAINLESS STEEL PIPE AS PER SPECIFICATIONS
LIGHTARD KNOT FOUND
ANGLE IRON FOUND
RIGHT OF WAY MARKER FOUND
T-POST FOUND
(C) — CALCULATED
(M) — MEASURED
(R) — RECORD
(P.O.B.) — POINT OF BEGINNING
(P.O.C.) — POINT OF COMMENCEMENT
(R.O.W.) — RIGHT-OF-WAY
SQ. - SQUARE
CMF - CONCRETE MONUMENT FOUND
DIA. - DIAMETER
MON. - MONUMENT
1/2" IRS - 1/2" REBAR SET
GLO- GOVERNMENT LAND OFFICE SURVEY TOWNSHIP PLATS
ASPHALT PAVEMENT
LAT — LATITUDE
LONG — LONGITUDE
GPR — GROUND PENETRATING RADAR

DEPARTMENT OF THE NAVY — NAVAL FACILITIES ENGINEERING COMMAND
NAVAL FACILITIES ENGINEERING COMMAND SOUTHEAST
IPT GULF COAST REAL ESTATE — NAVAL AIR STATION JACKSONVILLE, FL
RIVERINE RANGE — STENNIS, MS
P-240 WESTERN MANEUVER AREA
BOUNDARY SURVEY
PARCELS 25A AND 25B

| | |
|---|---|
| SCALE: | 1" = 100' |
| EPROJECT NO.: | |
| CONSTR. CONTR. NO. | N69450-09-D-0064 T.O. 0059 |
| NAVFAC DRAWING NO. | 15096244 |
| SHEET | 22 OF 39 |
| | V118 |

APPROVED
FOR COMMANDER NAVFAC
ACTIVITY
SATISFACTORY TO DATE
DES DRW CHK
Agency PM
IPT TECH. BRANCH HEAD
CHIEF ENG/ARCH (CORE)
SYM DESCRIPTION DATE APPR

DRAWFORM REVISION: 5 APRIL 2012

## **SCHEDULE E**

## **ESTATE TAKEN**

The estate taken in the property described in Schedule C is fee simple absolute.

## <u>SCHEDULE F</u>

## <u>ESTIMATE OF JUST COMPENSATION</u>

The estimated just compensation for the property being taken is $5,800.00.

<u>**SCHEDULE G**</u>

<u>**INTERESTED PARTIES**</u>

Names and addresses of parties who have or may claim an interest in the parcel are as follows:

| Party and any information currently known regarding the nature of the parties' legal interest | Record Reference |
|---|---|
| Cecilia "Gypsy" Fowler Kennedy<br>261 Inside Road<br>Picayune, Mississippi 39466<br><br>*¼ interest in the subject property* | Chancery Court Order of Pearl River County, State of Mississippi, approving the Amended First and Final Account in the Matter of the last will and testament of Mary Rose Salvaggio Fowler, deceased, recorded in official records on page 770 in book BB277 on February 13, 2004, Hancock County, Mississippi. |
| Joy Fowler Hano<br>213 Inside Road<br>Picayune, Mississippi 39466<br><br>*¼ interest in the subject property* | Same |
| Unknown Heirs and/or Devisees of Kerry Bryan Fowler<br>(Address unknown)<br><br>*¼ interest in the subject property* | Same |
| Donna Carmichael a/k/a Donna Carmichel<br>213 Inside Road<br>Picayune, Mississippi 39466<br><br>*1/8 interest in the subject property* | Same |
| Michael Carmichael a/k/a Michael Carmichel<br>213 Inside Road<br>Picayune, Mississippi 39466<br><br>*1/8 interest in the subject property* | Same |
| Hancock County, Mississippi<br>Jimmie Ladner, Jr., Tax Assessor<br>854 Highway 90, Suite C<br>Bay St. Louis, Mississippi 39520 | APN 089-0-30-009.000.   Taxing Authority. |